# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

    Plaintiffs,

v.                                                                       Case No: 6:17-cv-1063-Orl-31DCI

CASTLE LAW GROUP, P.C., et al.,

    Defendants.

## ORDER

This matter comes before the Court without a hearing on the motions to dismiss filed by the following defendants: Sean Austin (Doc. 103); Castle Law Group, P.C. and Judson Phillips (Doc. 107); and Kevin Hanson and Resort Relief, LLC (Doc. 109). Simultaneously with the entry of this order, the Court is entering an order (Doc. 177) on motions to dismiss in a related case, *Orange Lake Country Club, Inc. v. Castle Law Group, P.C.*, Case No. 6:17-cv-1044. The operative complaint in that matter is identical in substance to the Third Amended Complaint in this matter. The motions were filed by the same parties in that case as in this one; they raise identical arguments; and the plaintiffs' response in that case mirrors the response of the plaintiffs in this one. As such, the Court reaches the same conclusion in this case as it reached in that one, for the same reasons.

Accordingly, it is hereby

**ORDERED** that the motions to dismiss filed by Sean Austin (Doc. 103), Castle Law Group, P.C. and Judson Phillips (Doc. 107), and Kevin Hanson and Resort Relief, LLC (Doc. 109) are **GRANTED IN PART AND DENIED IN PART** as set forth in the order referred to above (Doc. 175 in Case No. 6:17-cv-1063). Count III is dismissed with prejudice; Counts V and VI are

dismissed without prejudice; and Counts VII and VIII are dismissed with prejudice. In all other respects, the motions are denied.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 29, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party