# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESTGATE RESORTS, LTD., et al.,**

    **Plaintiffs,**

v.                                                     Case No: 6:17-cv-1063-Orl-31DCI

**CASTLE LAW GROUP, P.C., JUDSON PHILLIPS, CASTLE MARKETING GROUP, LLC, RESORT RELIEF, LLC and KEVIN HANSON,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment against Castle Marketing Group, LLC, Resort Relief, LLC, and Kevin Hanson (Doc. 264), filed April 16, 2019.

On August 21, 2019, United States Magistrate Judge Daniel C. Irick issued a report (Doc. 269) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Final Judgment (Doc. 264) is **GRANTED** in part**.** The Court will enter final default judgment as to liability in favor of Plaintiffs and against Defendant Resort Relief, LLC, on Counts One through Four of the Fourth Amended Complaint (Doc. 215) and against Defendant Kevin Hanson on Counts One through Three of the Fourth Amended Complaint (Doc. 215).

The Court awards Plaintiffs $35,520.51 in attorney fees and $530.00 in costs against Defendants Resort Relief, LLC, and Kevin Hanson.

3. Plaintiffs are granted thirty days in which to file a motion for permanent injunction and to quantify damages. A failure to timely file such motion will result in an abandonment of the request for damages and permanent injunction against Resort Relief.

4. The motion (Doc. 264) is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 5, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party