# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESTGATE RESORTS, LTD., et al.,**

    **Plaintiffs,**

v.                                         Case No: 6:17-cv-1063-Orl-31DCI

**CASTLE LAW GROUP, P.C., JUDSON PHILLIPS, CASTLE MARKETING GROUP, LLC, RESORT RELIEF, LLC and KEVIN HANSON,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Renewed Motion for Entry of Default Final Judgment against Castle Marketing Group, LLC (Doc. 272), filed December 27, 2019.

On January 2, 2020, the United States Magistrate Judge issued a report (Doc. 273) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Renewed Motion for Entry of Default Final Judgment (Doc. 272) is **GRANTED in part**. The Clerk is directed to enter final default judgment in favor of Plaintiffs and against Castle Marketing Group, LLC, on Counts 1, 2, 3, and 5 of the Fourth Amended Complaint (Doc. 215).

    3. Castle Marketing Group, LLC, and any of its agents (including independent contractors and local counsel), to the extent those persons are acting as agents or otherwise at the

direction of Castle Marketing Group, LLC, are hereby permanently enjoined from disseminating false and misleading advertising to owners of timeshare interests with Plaintiffs regarding any product, service, plan, or program represented, expressly or by implication, to rescind or terminate a timeshare owner's timeshare interest, promissory note, mortgage, mortgage payments, or maintenance fees.

    4.    The motion is otherwise **DENIED**.

    5.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 17, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party